# Third District Court of Appeal
## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D22-924 & 3D22-2156
Lower Tribunal Nos. F16-12214A,
F16-12215 & F16-16440

_____

**Raderius Collins,**
Appellant,

vs.

**The State of Florida,**
Appellee.


Appeals conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Raderius Collins, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.